FILED
2023 Jun-14 PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

### IN THE CIRCUIT COURT OF CALHOUN COUNTY, ALABAMA

| | |
|---|---|
| LECRESHA CLARK, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No.: 11-CV-2023-900207.00 |
| EQUIFAX INFORMATION SERVICES, LLC; WELLS FARGO BANK, NATIONAL ASSOCIATION, | ) ) ) ) |
|     Defendants. | ) ) |

### **NOTICE OF FILING NOTICE OF REMOVAL**

PLEASE TAKE NOTICE that a Notice of Removal of this action from this Court to the United States District Court for the Northern District of Alabama, Eastern Division (a copy of which, without exhibits, is attached as **Exhibit 1**) was filed on June 14, 2023, in the United States District Court for the Northern District of Alabama, Eastern Division.

The above-captioned action, including all claims and causes of action, is removed from this Court to the United States District Court for the Northern District of Alabama, Eastern Division in accordance with 28 U.S.C. §§ 1331, 1441, and 1446, and this case shall proceed no further.

Respectfully Submitted,

Dated: June 14, 2023

*/s/ Roy Wallace Harrell, III, Esq.*
Roy Wallace Harrell, III, Esq.
Alabama Bar No. 3211O61H
TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree Street, N.E., Suite 3000
Atlanta, GA 30308
Telephone: (404) 885-3900
E-mail: roy.harrell@troutman.com
*Counsel for Defendant Wells Fargo Bank, N.A.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of June 2023, I electronically filed the foregoing with the Clerk of the Court, which will send a notification of such filing to counsel of record in this action, as follows:

W. Whitney Seals
Cochrun & Seals, LLP
P.O. Box 10448
Birmingham, AL 35202-0448
filings@cochrunseals.com
*and*
John C. Hubbard
John C. Hubbard, LLC
P.O. Box 953
Birmingham, AL 35201
jch@jchubbardlaw.com
***Counsel for Plaintiff***

W. Brock Phillips
bphillips@maynardcooper.com
Maynard Cooper & Gale, P.C.
1901 Sixth Avenue N., Suite 1700
Birmingham, AL 35203
(205) 254-1000
***Counsel for Equifax***
***Information Services, LLC***

                                                 */s/ Roy Wallace Harrell, III, Esq.*
                                                 Roy Wallace Harrell, III, Esq.