FILED
2023 Jun-14  PM 02:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**Eastern Division**

**LECRESHA CLARK,**

      **Plaintiff,**

    **v.**                                **Civil Action No.**

**EQUIFAX INFORMATION**
**SERVICES, LLC; WELLS**
**FARGO BANK, NATIONAL**
**ASSOCIATION,**

      **Defendants.**

**<u>NOTICE OF CONSENT TO REMOVAL</u>**

Defendant Equifax Information Services, LLC ("Equifax"), by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Circuit Court of Calhoun County, Alabama, to the United States District Court for the Northern District of Alabama.  Without waiving its affirmative defenses, Equifax hereby fully joins in with the Notice of Removal filed by Defendant Wells Fargo Bank, N.A., and to which this Notice is attached as an Exhibit.

                                            Respectfully Submitted,

Date:  June 14, 2023                    <u>*By: /s/ W. Brock Phillips*</u>
                                        W. Brock Phillips
                                        Maynard Nexsen, P.C.
                                        1901 Sixth Avenue North, Suite 1700
                                        Birmingham, AL 35203
                                        Telephone:    (205) 254-1981
                                        bphillips@maynardnexsen.com
                                        *Attorneys for Defendant Equifax*
                                        *Information Services LLC*